## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Larry Mason

               **Debtor**

**BK NO. 16-03740 JJT**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Ditech Financial LLC, and index same on the master mailing list.

Re: Loan # Ending In: 8127

               Respectfully submitted,

               **/s/ Joshua I. Goldman, Esquire____**
               Joshua I. Goldman, Esquire
               Thomas Puleo, Esquire
               KML Law Group, P.C.
               701 Market Street, Suite 5000
               Philadelphia, PA 19106-1532
               (215) 825-6306  FAX (215) 825-6406
               Attorney for Movant/Applicant