10/13/16 11:07AM

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Larry Mason**  
Debtor(s)

Case No. **5:16-bk-03740**  
Chapter **7**

## Motion to Avoid Judicial Lien on Personal Property

1. Debtor, **Larry Mason**, commenced this case on **9/12/16** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f) to avoid and cancel a judicial lien held by **Discover Financial** on property held by the debtor.

3. On **or about August 25, 2016,** creditors recorded a judicial lien against the following debtor's property:

**Wells Fargo Bank Account ending in 7278 and Account ending in 7407**

**BB&T Bank unknown Account**

The said judicial lien is entered of record as follows:

**Court of Common Pleas for Monroe County, Pennsylvania, Case No. 2011-07976**

4. All such possessions of debtor(s) have been claimed as fully exempt in their bankruptcy case.

5. The existence of **Discover Financial** lien on debtor's household and personal goods impairs exemptions to which the debtor(s) would be entitled under 11 U.S.C. Sec. 522(b).

WHEREFORE, debtor(s) pray for an order against **Discover Financial** avoiding and canceling the judicial lien in the above-mentioned property, and for such additional or alternative relief as may be just and proper.

Date **October 13, 2016**  
Signature **/s/ Larry Mason**  
**Larry Mason**  
Debtor

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Larry Mason**  
Debtor(s)

Case No. **5:16-bk-03740**  
Chapter **7**

# ORDER

The motion of the above-named debtor, **Larry Mason**, to avoid the lien of the respondent, **Discover Financial** is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Court of Common Pleas of Monroe County, Pennsylvania  Case No. 2011-07976**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

**Discover Financial** shall take all steps necessary to remove any record of the lien from the aforementioned property of the debtor.

Dated_____, 20____

_____  
**U.S. BANKRUPTCY JUDGE**