```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03740-JJT
Larry Mason                                                     Chapter 7
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: TWilson            Page 1 of 1           Date Rcvd: Nov 09, 2016
                              Form ID: pdf010          Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2016.
db             +Larry Mason,    174 Ryan Rd,    Blakeslee, PA 18610-7898
               +BB&T,   2503 Chestnut Street,    Brodheadsville, PA 18322-7046
               +DIHN TIA,    Eltman Law,   101 Hudson Street, STE 2702,    Jersey City, NJ 07302-3929
               +Sirlin Lesser & Benson PC,    Attn..: Jon C. Sirlin, Esquire,   123 S. Broad Street STE 2100,
                 Philadelphia, PA 19109-1042
               +Wells Fargo Legal Processing,    PO Box 29779,   MAC S3928-021,   Phoenix, AZ 85038-9779

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/Text: mrdiscen@discover.com Nov 09 2016 18:53:21     Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                              Signature:  /s/Joseph Speetjens

---

                       **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J McCrystal    on behalf of Debtor Larry  Mason mccrystallaw@gmail.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Larry Mason**      Case No. **5:16-bk-03740**
Debtor(s)      Chapter **7**

# ORDER

The motion of the above-named debtor, **Larry Mason**, to avoid the lien of the respondent, **Discover Financial** is sustained. The lien is a judicial lien that impairs the exemption and is of record as follows:

**Court of Common Pleas of Monroe County, Pennsylvania Case No. 2011-07976**

Unless debtor's bankruptcy case is dismissed, the lien of the respondent is hereby extinguished and the lien shall not survive bankruptcy or affix to or remain enforceable against the aforementioned property of the debtor.

Dated: November 8, 2016

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)