```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 16-03740-JJT
Larry Mason                                                           Chapter 7
       Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson          Page 1 of 1          Date Rcvd: Jan 09, 2017
                             Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
db              +Larry Mason,    174 Ryan Rd,    Blakeslee, PA 18610-7898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                          Signature:   /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
          Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael J McCrystal    on behalf of Debtor Larry  Mason mccrystallaw@gmail.com
          Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
           rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
          Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC tpuleo@goldbecklaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Larry Mason  
174 Ryan Rd  
Blakeslee, PA 18610

Chapter 7  
Case No. 5:16−bk−03740−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6112

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Robert P. Sheils, Jr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 9, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: TWilson, Deputy Clerk